# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3373
_____

CHARLES ALFORD STEVENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

July 22, 2026

PER CURIAM.

AFFIRMED. *King v. State*, 259 So. 3d 317 (Fla. 1st DCA 2018).

OSTERHAUS, C.J., and NORDBY and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles Alford Stevens, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.